■ WILLIAM N. MCKEE, JR., Respondent, v MARJORIE MCKEE, Appellant. — In a divorce action, the defendant wife appeals from so much of an order of the Supreme Court, Nassau County (Kelly, J.), dated January 5, 1983, as denied that branch of her motion which sought an award of temporary maintenance. Order reversed insofar as appealed from, without costs or disbursements, and that branch of defendant's motion which sought an award of temporary maintenance is granted to the extent that the plaintiff is directed to pay defendant $400 per week in temporary maintenance and is directed to pay all of the carrying charges on the marital residence including the mortgage, real estate taxes, insurance and utilities. In view of the length of the marriage, the high marital standard of living, and the husband's earning potential and assets, it was an abuse of discretion to deny defendant an award of temporary maintenance. Although, as a general rule, an expeditious trial is the most effective remedy for any claimed inequity in an award of maintenance *pendente lite* (see *Ellenis v Ellenis,* 76 AD2d 880), the affidavits submitted by the parties indicate a genuine need therefor (see *Jorgensen v Jorgensen,* 86 AD2d 881). In view of the limited nature of the notice of appeal, we have not considered the issue of counsel fees. Lazer, J. P., Mangano, Gulotta and Niehoff, JJ., concur.

■ NASSAU INSURANCE COMPANY, Appellant, v YVONNE GIRELLA et al., Respondents. — In a proceeding to stay arbitration demanded under the terms of the uninsured motorist indorsement of the insurance policy issued by Nassau Insurance Company, it appeals from a judgment of the Supreme Court, Queens County (Kassoff, J.), dated June 23, 1982, which dismissed the proceeding and directed Nassau Insurance Company to proceed to arbitration. Judgment affirmed, with costs to respondent State Farm Mutual Automobile Insurance Co. (see *Matter of Midwest Mut. Ins. Co. [Sinnott — State Farm Mut. Ins. Co.*], 96 AD2d 530). Titone, J. P., Gibbons, Niehoff and Boyers, JJ., concur.